■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLOS RIVERA, Petitioner, v MARTHA LUFT et al., Respondents. [969 NYS2d 924]—Writ of habeas corpus in the nature of an application to release the petitioner from the Suffolk County Correctional Facility, where he is in custody pursuant to an order of commitment of the Family Court, Suffolk County (Luft, J.).

Adjudged that the writ is dismissed, without costs or disbursements.

Under the circumstances presented, the petitioner is not entitled to relief in a habeas corpus proceeding (*see* CPLR art 70; *People ex rel. Vogelfang v Perez*, 66 AD3d 1052 [2009]; *People ex rel. Douglas v Vincent*, 67 AD2d 587 [1979], *affd* 50 NY2d

901 [1980]; *cf. People ex rel. Bedell v Ercole*, 71 AD3d 801 [2010]). Balkin, J.P., Hall, Lott and Miller, JJ., concur.